```
                                             FILED
                                       U.S. DISTRICT COURT
                                          SAVANNAH DIV.
         IN THE UNITED STATES DISTRICT COURT FOR
            THE SOUTHERN DISTRICT OF GEORGIA    2012 AUG 10  PM 3:56
                   SAVANNAH DIVISION
                                             CLERK _____
                                              SO. DIST. OF GA.
```

MICHAEL LAMONT JAMES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-115
)
DETECTIVE NICHOLAS MELKE, )
Savannah-Chatham Police )
Department, and INVESTIGATOR )
FRANK LATCHFORD, Hunter Army )
Airfield Military Police, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA